# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J Sports Productions, Inc.,**  Plaintiff/Counter Defendant,  vs.  **Cecilia Rodriguez, et al.,**  Defendants/Counter Claimants. | **CASE NO. CV 09-0947 IEG NLS**  **ORDER GRANTING JOINT MOTION TO DISMISS PLAINTIFF'S COMPLAINT** against Defendants CECILIA RODRIGUEZ and MELCHOR CASTRO VALLE, individually and d/b/a PESCADOS & MARISCOS HECTOR'S; and PESCADOS Y MARISCOS HECTORS, INC., an unknown business entity d/b/a PESCADOS & MARISCOS HECTOR'S and COUNTER CLAIMANTS' COUNTER CLAIMS against Plaintiff J & J SPORTS PRODUCTIONS, INC. |

**IT IS HEREBY STIPULATED** by and between Plaintiff and Counter Defendant J & J SPORTS PRODUCTIONS, INC. and Defendants and Counter Claimants CECILIA RODRIGUEZ and MELCHOR CASTRO VALLE, individually and d/b/a Pescados & Mariscos Hector's; and PESCADOS Y MARISCOS HECTORS, INC., an unknown business entity d/b/a PESCADOS & MARISCOS HECTOR'S that any and all counts, claims, and counterclaims within the Plaintiff's Complaint and Defendants' Amended Answer with Counterclaims are hereby dismissed **with prejudice** against CECILIA RODRIGUEZ, MELCHOR CASTRO VALLE, individually and d/b/a Pescados & Mariscos Hector's, PESCADOS Y MARISCOS HECTORS, INC., an unknown business entity d/b/a PESCADOS & MARISCOS HECTOR'S, and J & J SPORTS PRODUCTIONS, INC

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED**:

Dated: August 3, 2009

*Irma E. Gonzalez*
**The Honorable Irma E. Gonzalez**
**United States District Court**